## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**SHELLIE R. STUCKER,**

 *Petitioner*,

v.          **Case No.: 4:21cv11-MW/MJF**

**ERICA STRONG,**

 *Respondent*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 10. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 10, is **accepted and adopted** as this Court's opinion. Respondent's motion to dismiss, ECF No. 8, is **GRANTED**. The Clerk shall enter judgment stating, "The petition for writ of habeas corpus, ECF No. 1, is **DISMISSED without prejudice**." The Clerk shall close the file.

**SO ORDERED on November 29, 2021.**

      **s/Mark E. Walker**
      **Chief United States District Judge**